IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:95-CR-00011-BR-1
No. 7:21-CV-00132-BR

| | |
|---|---|
| **Johnny Kinlaw Locklear, Jr.**, <br><br> Petitioner, <br><br> v. <br><br> **United States of America**, <br><br> Respondent. | **Order** |

Petitioner Johnny Kinlaw Locklear, Jr. asked for a copy of his presentence investigation report to complete his § 2255 motion. D.E. 298. But the docket in this case does not contain a copy of his PSR.  A PSR is available, however, in Locklear's later case, No. 7:12-CR-00062-BO-1. That document recounts his Locklear's criminal history dating back in the 1980s, so it should contain the necessary information he needs to bring his *Simmons* challenge.

So the court will grant Locklear's request and require the Clerk of Court to provide with the Second Amended PSR located at D.E. 67 in case number 7:12-CR-00062-BO-1.  Locklear must file his § 2255 motion within 30 days from the date this order is entered.

Dated:  August 23, 2021

_Robert T. Numbers II_
_____
Robert T. Numbers, II
United States Magistrate Judge